**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| EMG TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> V. <br><br> MICROSOFT CORPORATION, <br> SCOTTRADE, INC., <br> SOUTHWEST AIRLINES CO., <br> PRICELINE.COM, INC., <br> ZAGAT SURVEY, LLC, & <br> COMCAST CORPORATION, <br><br> Defendants | Civil No.: 6:09-CV-367-LED <br><br> LEAD CONSOLIDATED <br><br> JURY TRIAL DEMANDED |
| EMG TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> V. <br><br> APPLE INC., <br> AMERICAN AIRLINES, INC., <br> BLOOMBERG, L.P., <br> UNITED PARCEL SERVICE, INC., <br> DELL, INC., <br> HYATT CORPORATION, <br> MARRIOTT INTERNATIONAL, INC., & <br> BARNES & NOBLE, INC., <br><br> Defendants. | Civil No.: 6:08-CV-447-LED <br><br> CONSOLIDATED <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANT MARRIOTT INTERNATIONAL, INC.'S**
**UNOPPOSED MOTION FOR EXTENSION OF CERTAIN DEADLINES**

Before the Court is Defendant Marriott International, Inc.'s ("Marriott's") Unopposed

Motion for Extension of Certain Deadlines. The Court is of the opinion that said motion should

be granted.

It is therefore ORDERED that Marriott's Unopposed Motion for Extension of Certain

Deadlines is GRANTED. Marriott will have through August 16, 2010 to produce email from the one to four most knowledgeable custodians concerning each accused instrumentality, serve its initial disclosures, complete its production of documents, data compilations and tangible things in the possession, custody, or control of the defendants that are relevant to the parties pleaded claims or defenses, serve its privilege log, and comply with P.R. 4-1 by exchanging proposed terms and claim elements for construction.

**So ORDERED and SIGNED this 12th day of July, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**