# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br>PRICELINE.COM, INC.,<br>SCOTTRADE, INC.,<br>SOUTHWEST AIRLINES CO.,<br>ZAGAT SURVEYS, LLC,<br>    Defendants. | Case No. 6:09-cv-367-LED<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION FOR DISMISSAL

Plaintiff EMG TECHNOLOGY, LLC and Defendant MICROSOFT CORPORATION have agreed to dismiss this action. Accordingly, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and stipulation of the parties, EMG TECHNOLOGY, LLC dismisses, with prejudice, this action against MICROSOFT CORPORATION, and MICROSOFT CORPORATION dismisses, with prejudice, its counterclaims against EMG TECHNOLOGY, LLC in this action. Each party shall bear its own fees and costs.

DATED: October 8, 2010                       Respectfully Submitted,

| By: /s/Chris Carraway w/ permission by<br>      Charles Ainsworth | By: /s/Charles Ainsworth |
|---|---|
| J. Christopher Carraway<br>Richard David McLeod<br>State Bar No. 24026836<br>Salumeh R Loesch<br>Todd M Siegel<br>KLARQUIST SPARKMAN, LLP<br>121 S.W. Salmon Street, Suite 1600<br>Portland, Oregon 97204 | Charles Ainsworth<br>State Bar No. 00783521<br>Robert Christopher Bunt<br>State Bar No. 00787165<br>PARKER, BUNT & AINSWORTH, P.C.<br>100 E. Ferguson, Suite 1114<br>Tyler, TX 75702<br>903/531-3535<br>903/533-9687 |

Telephone: 503-595-5300
Facsimile: 503-595-5301
Email: christopher.carraway@klarquist.com
Email: rxm@klarquist.com
Email: todd.siegel@klarquist.com
Email: salumeh.loesch@klarquist.com

Eric H. Findlay
EFindlay@FindlayCraft.com
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway, Suite 101
Tyler Texas 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137

ATTORNEYS FOR DEFENDANT
**MICROSOFT CORPORATION**.

E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

Stanley M. Gibson
(Cal. Bar No. 162329)
Joshua S. Hodas, Ph.D.
(Cal. Bar No. 250802)
JEFFER MANGELS BUTLER AND
MITCHELL, LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567
E-mail: smg@jmbm.com
E-mail: jsh@jmbm.com

Robert D. Becker
(Cal. Bar No. 160648)
Shawn G. Hansen
(Cal. Bar No. 197033)
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Telephone: (650) 812-1300
Facsimile: (650) 213-0260
E-mail: rbecker@manatt.com
E-mail: shansen@manatt.com

ATTORNEYS FOR PLAINTIFF
**EMG TECHNOLOGY, LLC**.

7325851v1

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 8th day of October, 2010, with a copy of this document via the Court's CM/ECF system under Local Rule CV-5(a)(3).

                                                                     */s/ Charles Ainsworth*
                                                                     Charles Ainsworth

7325851v1