IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION, *et al.*,<br><br>    Defendants. | Case No. 6:09-cv-367-LED<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION FOR DISMISSAL**

Plaintiff EMG TECHNOLOGY, LLC and Defendant COMCAST CORPORATION have agreed to dismiss this action. Accordingly, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and stipulation of the parties, EMG TECHNOLOGY, LLC dismisses, with prejudice, this action against COMCAST CORPORATION, and COMCAST CORPORATION dismisses, with prejudice, its counterclaims against EMG TECHNOLOGY, LLC in this action. Each party shall bear its own fees and costs.

DATED: October 11, 2010  Respectfully Submitted,

By: /s/ Jill Zimmerman w/ permission by Charles Ainsworth

Anthony I Fenwick
Jill R Zimmerman
Jesse Dyer
DAVIS POLK &WARDWELL
1600 El Camino Real
Menlo Park , CA 94025
650/752−2015
Fax: 650/752−3615
Email: anthony.fenwick@davispolk.com
Email: jesse.dyer@davispolk.com
Email: jill.zimmerman@davispolk.com

Deron R Dacus

By: s/Charles Ainsworth

Charles Ainsworth
State Bar No. 00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
903/531-3535
903/533-9687
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

Stanley M. Gibson
(Cal. Bar No. 162329)

7326675v1

| | |
|---|---|
| RAMEY &FLOCK<br>100 East Ferguson<br>Ste 500<br>Tyler , TX 75702<br>903/597−3301<br>Fax: 9035972413<br>Email: ddacus@rameyflock.com<br><br>ATTORNEYS FOR DEFENDANT<br>**COMCAST CORPORATION**. | Joshua S. Hodas, Ph.D.<br>(Cal. Bar No. 250812)<br>JEFFER MANGELS BUTLER AND<br>MITCHELL, LLP<br>1900 Avenue of the Stars, Seventh Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 203-8080<br>Facsimile: (310) 203-0567<br>E-mail: smg@jmbm.com<br>E-mail: jsh@jmbm.com<br><br>Robert D. Becker<br>(Cal. Bar No. 160648)<br>Shawn G. Hansen<br>(Cal. Bar No. 197033)<br>MANATT, PHELPS & PHILLIPS, LLP<br>1001 Page Mill Road, Building 2<br>Palo Alto, CA 94304<br>Telephone: (650) 812-1300<br>Facsimile: (650) 213-0260<br>E-mail: rbecker@manatt.com<br>E-mail: shansen@manatt.com<br><br>ATTORNEYS FOR PLAINTIFF<br>**EMG TECHNOLOGY, LLC**. |

## **CERTIFICATE OF SERVICE**

  I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 11th day of October, 2010, with a copy of this document via the Court's CM/ECF system under Local Rule CV-5(a)(3).

               */s/ Charles Ainsworth*
               Charles Ainsworth