**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, *et al.*,<br><br>Defendants. | Case No. 6:09-cv-367-LED<br><br>**JURY TRIAL DEMANDED** |

**ORDER**

Came for consideration before the Court is the Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41 filed jointly by Plaintiff EMG TECHNOLOGY, LLC and Defendant SOUTHWEST AIRLINES CO. Upon consideration of the same, the Court is of the opinion that the Stipulation of Dismissal should be GRANTED.

It is therefore ORDERED that all claims against SOUTHWEST AIRLINES CO., and against that Defendant only, in the above-captioned suit are dismissed with prejudice. It is further ORDERED that all claims by Defendant SOUTHWEST AIRLINES CO. against Plaintiff EMG TECHNOLOGY, LLC are dismissed with prejudice. Each party shall bear its own fees and costs.

**So ORDERED and SIGNED this 15th day of October, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**