**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, *et al.*,<br><br>    Defendants. | Case No. 6:09-cv-367-LED<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION FOR DISMISSAL**

The Plaintiff, EMG Technology, LLC, and Barnes & Noble, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims between them in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

DATED:  October 22, 2010

By: */s/ Neil J. McNabnay*

   Thomas M. Melsheimer
   melsheimer@fr.com
   Texas Bar No. 13922550
   Neil J. McNabnay
   njm@fr.com
   Texas Bar No. 24002583
   Chad B. Walker
   cbwalker@fr.com
   Texas Bar No. 24056484
   1717 Main Street, Suite 5000
   Dallas, TX  75201
   (214) 747-5070 (Telephone)
   (214) 747-2091 (Facsimile)

ATTORNEYS FOR DEFENDANT
**BARNES & NOBLE**

Respectfully Submitted,

By: */s/ Charles Ainsworth*

   Charles Ainsworth
   State Bar No. 00783521
   Robert Christopher Bunt
   State Bar No. 00787165
   PARKER, BUNT & AINSWORTH, P.C.
   100 E. Ferguson, Suite 1114
   Tyler, TX 75702
   903/531-3535
   903/533-9687
   E-mail: charley@pbatyler.com
   E-mail: rcbunt@pbatyler.com

   Stanley M. Gibson
   (Cal. Bar No. 162329)
   Joshua S. Hodas, Ph.D.
   (Cal. Bar No. 250812)
   JEFFER MANGELS BUTLER AND
   MITCHELL, LLP
   1900 Avenue of the Stars, Seventh Floor
   Los Angeles, CA 90067
   Telephone: (310) 203-8080
   Facsimile: (310) 203-0567
   E-mail: smg@jmbm.com
   E-mail: jsh@jmbm.com

   Robert D. Becker
   (Cal. Bar No. 160648)
   Shawn G. Hansen
   (Cal. Bar No. 197033)
   MANATT, PHELPS & PHILLIPS, LLP
   1001 Page Mill Road, Building 2
   Palo Alto, CA 94304
   Telephone: (650) 812-1300
   Facsimile: (650) 213-0260
   E-mail: rbecker@manatt.com
   E-mail: shansen@manatt.com

ATTORNEYS FOR PLAINTIFF
**EMG TECHNOLOGY, LLC**.

7326675v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 22nd day of October, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Charles Ainsworth*
CHARLES AINSWORTH
