IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>    Defendants. | Case No. 6:09-cv-367-LED<br><br>LEAD CONSOLIDATED<br><br>**JURY TRIAL DEMANDED** |
| EMG TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC, et al.,<br><br>    Defendants. | Case No. 6:08-cv-447-LED<br><br>CONSOLIDATED<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF EMG TECHNOLOGY, LLC'S
UNOPPOSED MOTION TO WITHDRAW COUNSEL**

Plaintiff EMG Technology, LLC ("EMG") respectfully requests the Court to permit the withdrawal as counsel of record for EMG in the above-captioned consolidated cases of Robert D. Becker and Shawn G. Hansen and the law firm of Manatt, Phelps & Phillips, LLP, 1001 Page Mill Road, Building 2, Palo Alto, California 94304. It is also requested that Messrs. Becker and Hansen be removed from the electronic service list in these consolidated cases.

EMG's counsel of record in these consolidated cases will continue to be Stanley M. Gibson of the law firm of Jeffer, Mangels, Butler & Mitchell, LLP, 1900 Avenue of the Stars,

7th Floor, Los Angeles, California 90067, and Robert M. Parker, Charles Ainsworth, and Robert Christopher Bunt of the law firm of Parker, Bunt & Ainsworth, 100 E. Ferguson, Suite 1114, Tyler, Texas 75702.

All parties remaining in these cases, including EMG and Defendant Zagat Survey, LLC, agree to this withdrawal of counsel.  This withdrawal is not sought for purposes of delay.

WHEREFORE, PREMISES CONSIDERED, EMG respectfully requests that the Court grant this Unopposed Motion to Withdraw Counsel.

Dated: November 8, 2010

OF COUNSEL:

Stanley M. Gibson
Cal. Bar No. 162329
Joshua S. Hodas, Ph.D.
Cal. Bar No. 250812
JEFFER, MANGELS, BUTLER AND MARMARO, LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567
E-mail: smg@jmbm.com
E-mail: jsh@jmbm.com

Robert D. Becker
Cal. Bar No. 160648
Shawn G. Hansen
Cal. Bar No. 197033
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Telephone: (650) 812-1300
Facsimile: (650) 213-0260
E-mail: rbecker@manatt.com
E-mail: shansen@manatt.com

Respectfully submitted,

By: */s/ Charles Ainsworth*

Robert M. Parker
Texas State Bar No. 15498000
Charles Ainsworth
Texas State Bar No. 00783521
Robert Christopher Bunt
Texas State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
903/531-3535
903/533-9687
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com
**ATTORNEYS FOR PLAINTIFF
EMG TECHNOLOGY, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, are being served this 8th day of November, 2010, with a copy of this document via the Court's CM/ECF system under Local Rule CV-5(a)(3).

 */s/ Charles Ainsworth*
Charles Ainsworth

300168581.1