IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>      Plaintiff,<br><br>           v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>      Defendants. | Case No. 6:09-cv-367-LED<br><br>LEAD CONSOLIDATED<br><br>**JURY TRIAL DEMANDED** |
| EMG TECHNOLOGY, LLC,<br><br>      Plaintiff,<br><br>           v.<br><br>APPLE INC, et al.,<br><br>      Defendants. | Case No. 6:08-cv-447-LED<br><br>CONSOLIDATED<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFF EMG TECHNOLOGY, LLC'S
<u>UNOPPOSED MOTION TO WITHDRAW COUNSEL</u>**

On this day came to be heard Plaintiff EMG Technology, LLC's Unopposed Motion to Withdraw Counsel. After considering the motion, the Court finds that it is well taken and not sought for purposes of delay and hereby GRANTS the motion.

It is therefore ORDERED that Robert D. Becker and Shawn G. Hansen and the law firm of Manatt, Phelps & Phillips, LLP, 1001 Page Mill Road, Building 2, Palo Alto, California 94304 are withdrawn as counsel for Plaintiff EMG Technology, LLC, in Case No. 6:09-cv-367-LED [Lead Consolidated] and Case No. 6:08-cv-447-LED [Consolidated].

The Clerk's Office shall terminate them as counsel of record and shall remove them from the electronic service list in these consolidated cases.

**So ORDERED and SIGNED this 9th day of November, 2010.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

300168640.1