**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>APPLE INC., *et al.*,<br><br>     Defendants. | `6:09cv367 LEAD`<br>Case No. 6:08-cv-447-LED<br><br>**JURY TRIAL DEMANDED** |

<u>**ORDER**</u>

    CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between Plaintiff, EMG Technology, LLC, and Defendant American Airlines, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

    ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff, EMG Technology, LLC, and Defendant American Airlines, Inc., are hereby dismissed WITH PREJUDICE.

    It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

    **So ORDERED and SIGNED this 15th day of November, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**