# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION, *et al.*,<br><br>    Defendants. | Case No. 6:09-cv-367-LED<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, EMG Technology, LLC, and Defendant Zagat Survey, LLC, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims between them in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

DATED: November 29, 2010

By: /s/ *Michael E. Jones w/ permission by Charles Ainsworth*

Michael E. Jones
SBN: 10929400
Potter Minton
110 N. College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
mikejones@potterminton.com

John E. Nathan
Catherine Nyarady
Warren Stramiello
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Respectfully Submitted,

By:    /s/*Charles Ainsworth*

Charles Ainsworth
State Bar No. 00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
903/531-3535
903/533-9687
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

Stanley M. Gibson
(Cal. Bar No. 162329)
Joshua S. Hodas, Ph.D.
(Cal. Bar No. 250812)
JEFFER MANGELS BUTLER AND MITCHELL, LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 203-8080

|  |  |
|---|---|
| **ATTORNEYS FOR DEFENDANT**<br>**ZAGAT SURVEY, LLC** | Facsimile: (310) 203-0567<br>E-mail: smg@jmbm.com<br>E-mail: jsh@jmbm.com<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**EMG TECHNOLOGY, LLC**. |

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 29th day of November, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Charles Ainsworth*
CHARLES AINSWORTH