**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, *et al.*,<br><br>    Defendants. | Case No6:09-cv-367-LED<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between Plaintiff, EMG Technology, LLC, and Defendant Zagat Survey, LLC, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff, EMG Technology, LLC, and Defendant Zagat Survey, LLC, are hereby dismissed WITH PREJUDICE.

It is further ORDERED that all attorneys' fees, expenses and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 30th day of November, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**